IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMY GITSON, et al.,

    Plaintiffs,

  v.

TRADER JOE'S COMPANY,

    Defendant.

No. C 13-01333 WHA

**ORDER DENYING REQUEST TO EXTEND BRIEFING SCHEDULE**

The parties' joint request to extend the briefing schedule on a motion to dismiss that has not yet been filed is **DENIED**.

Dated: April 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE