UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GITSON, CHRISTINE VODICKA and DEBORAH ROSS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>Defendant. | Case No. 13-CV-1333 WHO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER MODIFYING BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, MOTION TO STRIKE AND REQUEST FOR JUDICIAL NOTICE** |

### ORDER

The Court has reviewed the parties' Stipulated Request for Order Changing Time Relating to Defendant's Motion to Dismiss and, in the alternative, Motion to Strike and Request for Judicial Notice the "Motion to Dismiss"). Dkt. No. 39. Good cause appearing therefor, with minor modifications to the schedule proposed by the parties, the Court sets the following briefing and hearing schedule on the Motion to Dismiss filed on July 12, 2013:

- Plaintiffs' Opposition to be filed by August 16, 2013;
- Defendant's Reply to be filed by August 30, 2013;
- Hearing set for September 18, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 29, 2013

_____
Hon. William H. Orrick
United States District Judge