UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GITSON, et al.,<br>        Plaintiffs,<br>    v.<br>TRADER JOE'S COMPANY,<br>        Defendant. | Case No. 13-cv-01333-WHO<br><br>**ORDER VACATING HEARING DATE**<br>Re: Dkt. No. 35 |

Pursuant to Civil Local Rule 7-1(b), the court finds that the Motion to Dismiss (Dkt. No. 35) which has been noticed for hearing on September 18, 2013, is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED**.

Dated: September 17, 2013

WILLIAM H. ORRICK
United States District Judge