Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY GITSON and DEBORAH ROSS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>Defendant. | Case No.  13-CV-1333 - WHO<br><br>**NOTICE OF ERRATA RELATING TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Plaintiffs AMY GITSON and DEBORAH ROSS, through her undersigned attorneys, file this Notice of Errata relating to the filing of their Second Amended Complaint, and in support state as follows:

Plaintiffs filed their Second Amended Complaint on October 24, 2013.  During a phone conference with Defendant's Counsel, Plaintiffs' Counsel realized that the wrong draft of Plaintiffs' Second Amended Complaint had been filed.  Therefore, Plaintiffs request leave to file a "Corrected Second Amended Complaint," attached as Exhibit A.

Dated:  November 12, 2013
                                        Respectfully submitted,

                                          s/Colin H. Dunn

-1-
*Notice of Errata Re: Second Amended Class Action Complaint*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Colin H. Dunn (*Pro Hac Vice*)
Clifford Law Offices, P.C.
120 North LaSalle – 31st Floor
Chicago, IL 60602
Telephone: (312) 899-9090
Fax: (312) 251-1160
chd@cliffordlaw.com


Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiff*

-2-
*Notice of Errata Re: Second Amended Class Action Complaint*