CARLA CHRISTOFFERSON (S.B. #161111)
cchristofferson@omm.com
ADAM G. LEVINE (S.B. #200522)
alevine@omm.com
KATE IDES (S.B. #274820)
kides@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:      (213) 430-6000
Facsimile:      (213) 430-6407

RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:      (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant
Trader Joe's Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY GITSON *et al.*,<br><br>             Plaintiffs,<br><br>   v.<br><br>TRADER JOE'S COMPANY,<br><br>             Defendant. | Case No. 13-CV-1333 VC<br><br>**JOINT STATUS UPDATE RE: SCHEDULING OF MANDATORY SETTLEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge:          Hon. Joseph C. Spero<br><br>TAC Filed:     April 3, 2014<br>Trial Date:    March 23, 2015 |

1     In accordance with this Court's order entered on September 3, 2014, and attached as

2  Exhibit 1, Plaintiffs Amy Gitson and Deborah Ross and Defendant Trader Joe's Company

3  (collectively, the "Parties"), respectfully submit this joint status update regarding the scheduling

4  of the mandatory settlement conference in this matter. On November 13, 2014, Judge Chhabria

5  continued the current stay of this lawsuit *at least* until the next case management conference

6  scheduled for March 24, 2015. Accordingly, the Parties believe they are not in the position to

7  engage in meaningful settlement discussions and propose that they provide a further status update

8  on the scheduling of the mandatory settlement conference after the March 24, 2015 case

9  management conference.

10     This matter was previously scheduled for a settlement conference on May 5, 2014. On

11  April 28, 2014, the Parties submitted a joint stipulation requesting that this Court vacate that

12  settlement conference. At that time, Trader Joe's had two motions pending—a motion to dismiss

13  Plaintiffs' Third Amended Complaint (Dkt. No. 82) and a motion to certify for interlocutory

14  appeal (Dkt. No. 74). A central issue raised by both motions was whether Plaintiffs have standing

15  to assert claims as to approximately 177 products they did not purchase. The Parties requested a

16  continuance of the settlement conference, because they did not believe they were in the position

17  to engage in meaningful settlement discussions until this issue was resolved. On April 28, 2014,

18  this Court vacated the May 5, 2014 settlement conference and continued it until a date

19  approximately 60 days after the entry of an order on Trader Joe's motion to dismiss, or 60 days

20  after entry of an order on Trader Joe's motion to certify for interlocutory appeal, whichever came

21  later.

22     On August 8, 2014, Judge Chhabria entered a single order on both motions. (Dkt. No.

23  101.) Judge Chhabria denied the motion for interlocutory appeal. (*Id*. at 2-3.) As to Trader Joe's

24  motion to dismiss, he stayed the entire case on primary jurisdiction grounds (*id*. at 3-4), and

25  denied the remainder of Trader Joe's motion to dismiss without prejudice to re-filing once the

26  stay is lifted (*id*. at 4). Judge Chhabria also set a case management conference for November 4,

27

28

JOINT STATUS UPDATE RE:
SCHEDULING OF SETTLEMENT
CONFERENCE;
13-CV-1333 VC

1  2014,[1] at which conference he would revisit the propriety of maintaining the stay. (*Id.*) And so,

2  although Judge Chhabria rules on both motions, the pleadings in this matter remained unsettled.

3          Therefore, the Parties requested that this Court enter an order directing the Parties to

4  submit a joint status update to this Court after the case management conference in November,

5  wherein they would report on (1) the status of the stay; (2) if the stay is lifted, whether Trader

6  Joe's intends to re-file its motion to dismiss the Third Amended Complaint and, if so, by which

7  date the Parties anticipate the motion will be resolved; and (3) if the stay is lifted and Trader Joe's

8  refiles its motion to dismiss the Third Amended Complaint, the date by which the Parties will

9  jointly contact Judge Spero's chambers to select a settlement conference date.

10         On November 13, 2014, Judge Chhabria took the November case management conference

11  off calendar and continued it to March 24, 2015, and did not lift the stay. In short, the Parties are

12  in no different position than when they last submitted an update to this Court. Therefore, the

13  Parties propose, that within ten days of the next case  management conference in this matter,

14  which is presently scheduled for March 24, 2015, they will jointly submit a status update wherein

15  they will report on (1) the status of the stay; (2) if the stay is lifted, whether Trader Joe's intends

16  to re-file its motion to dismiss the third amended complaint and, if so, by which date the Parties

17  anticipate the motion will be resolved; and (3) if the stay is lifted and Trader Joe's refiles its

18  motion to dismiss the Third Amended Complaint, the date by which the Parties will jointly

19  contact Judge Spero's chambers to select a settlement conference date.

20

21         Dated:  November 14, 2014

O'MELVENY & MYERS LLP

22

23                                                        By:___s/ Kate Ides_____
                                                                   Kate Ides
                                                           Attorneys for Defendant
24                                                         Trader Joe's Company

25

26

27  _____
    [1] Judge Chhabria subsequently continued the case management conference scheduled for
    November 4, 2014, to November 13, 2014.
28

JOINT STATUS UPDATE RE:
SCHEDULING OF SETTLEMENT
CONFERENCE;
13-CV-1333 VC

Dated:  November 14, 2014

CLIFFORD LAW OFFICES, P.C.

By:____s/ Colin H. Dunn_____
      Colin H. Dunn
Attorneys for Plaintiffs
Amy Gitson and Deborah Ross

## [PROPOSED] ORDER

Having reviewed the Parties' joint status update regarding the scheduling of the mandatory settlement conference in this matter, it is hereby ordered that within 10 days of the next case management conference, which is currently scheduled for March 24, 2015, the Parties will jointly submit a status update to this Court wherein they will report on (1) the status of the stay; (2) if the stay is lifted, whether Trader Joe's intends to re-file its motion to dismiss the third amended complaint and, if so, by which date the Parties anticipate the motion will be resolved; and (3) if the stay is lifted and Trader Joe's refiles its motion to dismiss the Third Amended Complaint, the date by which the Parties will jointly contact Judge Spero's chambers to select a settlement conference date.

**IT IS SO ORDERED.**

Dated:  ___11/17/14_____      _____
                                   THE HONORABLE JOSEPH C. SPERO

JOINT STATUS UPDATE RE:
SCHEDULING OF SETTLEMENT
CONFERENCE;
13-CV-1333 VC