Ben F. Pierce Gore (S.B. #128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Facsimile: (408) 369-0752
pgore@prattattorneys.com

Colin H. Dunn (Pro Hac Vice)
CLIFFORD LAW OFFICES, PC
120 North LaSalle, 31st Floor
Chicago, IL 60602
Telephone: (312) 899-9090
Facsimile: (312) 251-1160
chd@cliffordlaw.com

Attorneys for Plaintiffs

DAWN SESTITO (S.B. #214011 )
dsestito@omm.com
ADAM G. LEVINE (S.B. #200522)
alevine@omm.com
KATE IDES (S.B. #274820)
kides@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Trader Joe's Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GITSON and DEBORAH ROSS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>TRADER JOE'S COMPANY,<br><br>                    Defendant. | Case No. 13-CV-1333 VC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:          Hon. Vince Chhabria<br>Action Filed:  March 25, 2013<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

1 | Pursuant to Rule 11 of the Court's Standing Order for Civil Cases, and for the reasons outlined in the Parties' concurrently filed Supplemental Joint Case Management Statement and Request for Further Stay (Dkt. No. 111), Plaintiffs Amy Gitson and Deborah Ross and Defendant Trader Joe's Company (collectively, the "Parties") hereby submit this Stipulation and [Proposed] Order Further Continuing Case Management Conference.  The Parties have met and conferred and respectfully request that the Court extend the stay currently entered in this action and further continue the case management conference currently scheduled for March 24, 2015 to a date no sooner than 90 days after March 24, 2015 (June 22, 2015, or as soon thereafter as may be convenient for this Court), with a Joint Status Report to be filed 7 days prior, wherein the Parties will advise the Court of the status of the FDA's review and their respective positions on the necessity of a further stay.

Dated:  March 17, 2015

O'MELVENY & MYERS LLP

By:     s/ Adam G. Levine
   Adam G. Levine
Attorneys for Defendant
Trader Joe's Company

Dated:  March 17, 2015

CLIFFORD LAW OFFICES, P.C.

By:     s/ Colin H. Dunn
   Colin H. Dunn
Attorneys for Plaintiffs
Amy Gitson and Deborah Ross

**[~~PROPOSED~~] ORDER**

Having reviewed the Parties' concurrently filed Supplemental Case Management Statement and Request For Further Stay (Dkt. No. 111), the Court hereby grants the Parties' request to VACATE the case management conference currently scheduled in this action for March 24, 2015 and further continue the case management conference for 90 days. The stay entered in this case is extended to <u>June 23, 2015</u>, when the Court will hold a status conference at 10:00 a.m. The Parties are ordered to submit a Joint Status Report at least 7 days before <u>June 23, 2015</u>, wherein the Parties will advise the Court of the status of the FDA's review and their respective positions on the necessity of a further stay.

Date: March 20, 2015

IT IS SO ORDERED

Judge Vince Chhabria