DAWN SESTITO (S.B. #214011)
dsestito@omm.com
ADAM G. LEVINE (S.B. #200522)
alevine@omm.com
KATE IDES (S.B. #274820)
kides@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
Trader Joe's Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY GITSON *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>TRADER JOE'S COMPANY,<br><br>                Defendant. | Case No. 13-CV-1333 VC<br><br>**JOINT STATUS UPDATE REGARDING SCHEDULING OF MANDATORY SETTLEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge:            Hon. Joseph C. Spero<br><br>TAC Filed:      April 3, 2014<br>Trial Date:      Not Set |

In accordance with this Court's November 17, 2014 order, which is attached as Exhibit 1 to this Joint Status Update, Plaintiffs Amy Gitson and Deborah Ross and Defendant Trader Joe's Company (collectively, the "Parties"), respectfully submit this Joint Status Update regarding the scheduling of the mandatory settlement conference in this matter. As explained below, given Judge Chhabria's extension of the stay until at least the next case management conference (currently set for June 23, 2015), the Parties propose to submit a further joint status report to Judge Spero within ten days of the next case management conference.

This matter was scheduled for a settlement conference on May 5, 2014. However, on April 28, 2014, the Parties submitted a joint stipulation requesting that this Court vacate the settlement conference. At the time, Trader Joe's had two motions pending—a motion to dismiss Plaintiffs' Third Amended Complaint (Dkt. No. 82) and a motion to certify for interlocutory appeal. (Dkt. No. 74.) A central issue raised by both motions was whether Plaintiffs have standing to assert claims as to approximately 177 products they did not purchase. The Parties requested a continuance of the settlement conference because they did not believe they were in the position to engage in settlement discussions until this issue was resolved. On April 28, 2014, this Court vacated the May 5, 2014 settlement conference and continued it until a date approximately 60 days after the entry of an order on Trader Joe's motion to dismiss, or 60 days after entry of an order on Trader Joe's motion to certify for interlocutory appeal.

On August 8, 2014, Judge Chhabria entered a single order on both motions. (Dkt. No. 101.) Judge Chhabria denied the motion for interlocutory appeal. (*Id*. at 2-3.) As to Trader Joe's motion to dismiss, he stayed the entire case on primary jurisdiction grounds (*id*. at 3-4), and denied the remainder of Trader Joe's motion to dismiss without prejudice to re-filing once the stay is lifted (*id*. at 4). Judge Chhabria also set a case management conference for November 4, 2014,[1] at which he would revisit the propriety of maintaining the stay. (*Id*.) The November 2014 case management conference was subsequently rescheduled to March 24, 2015. (Dkt. No. 106.) Accordingly, on November 17, 2014, this Court granted the Parties' request to further continue

---

[1] Judge Chhabria subsequently continued the case management conference scheduled for November 4, 2014, to November 13, 2014.

1 the mandatory settlement conference previously scheduled in this action, and ordered the Parties
2 to file a joint status report on the status of the stay ten days after the March 24, 2015 case
3 management conference (April 3, 2015).  (Dkt. No. 108.)

4       On March 20, 2015, Judge Chhabria granted the Parties' request to continue the current
5 stay of this lawsuit at least until the next case management conference scheduled for June 23,
6 2015.  (Dkt. No. 113.)  Accordingly, the Parties believe they still are not in the position to engage
7 in meaningful settlement discussions and propose that they provide a further status update on the
8 scheduling of the settlement conference after the June 23, 2015 case management conference.

9       In short, the Parties are in no different position than when they last submitted an update.
10 Therefore, the Parties propose that within ten days of the next case management conference in
11 this matter, which is presently scheduled for June 23, 2015, they will jointly submit a status
12 update wherein they will report on (1) the status of the stay; (2) if the stay is lifted, whether
13 Trader Joe's intends to re-file its motion to dismiss the Third Amended Complaint and, if so, by
14 which date the Parties anticipate the motion will be resolved; and (3) if the stay is lifted and
15 Trader Joe's refiles its motion to dismiss the Third Amended Complaint, the date by which the
16 Parties propose to jointly contact Judge Spero's chambers to select a settlement conference date.

Dated:  April 2, 2015

O'MELVENY & MYERS LLP

By:     s/ Kate Ides
        Kate Ides
Attorneys for Defendant
Trader Joe's Company

Dated:  April 2, 2015

CLIFFORD LAW OFFICES, P.C.

By:     s/ Colin H. Dunn
        Colin H. Dunn
Attorneys for Plaintiffs
Amy Gitson and Deborah Ross

**[PROPOSED] ORDER**

Having reviewed the Parties' joint status update regarding the scheduling of the mandatory settlement conference in this matter, it is hereby ordered that within 10 days of the next case management conference, which is currently scheduled for June 23, 2015 the Parties will jointly submit a status update to this Court wherein they will report on (1) the status of the stay; (2) if the stay is lifted, whether Trader Joe's intends to re-file its motion to dismiss the Third Amended Complaint and, if so, by which date the Parties anticipate the motion will be resolved; and (3) if the stay is lifted and Trader Joe's refiles its motion to dismiss the Third Amended Complaint, the date by which the Parties propose to jointly contact Judge Spero's chambers to select a settlement conference date.

**IT IS SO ORDERED.**

Dated: 04/03/15

THE HON. [signature: Judge Joseph C. Spero] SPERO

**SIGNATURE ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the other signatories to this document.

Dated: April 2, 2015

        O'MELVENY & MYERS LLP

        By:   /s/ Kate Ides
             Kate Ides
        Attorneys for Defendant
        Trader Joe's Company

# EXHIBIT 1

CARLA CHRISTOFFERSON (S.B. #161111)
cchristofferson@omm.com
ADAM G. LEVINE (S.B. #200522)
alevine@omm.com
KATE IDES (S.B. #274820)
kides@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Trader Joe's Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY GITSON *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>TRADER JOE'S COMPANY,<br><br>        Defendant. | Case No. 13-CV-1333 VC<br><br>**JOINT STATUS UPDATE RE: SCHEDULING OF MANDATORY SETTLEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Joseph C. Spero<br><br>TAC Filed: April 3, 2014<br>Trial Date: March 23, 2015 |

JOINT STATUS UPDATE RE:
SCHEDULING OF SETTLEMENT
CONFERENCE;
13-CV-1333 VC

In accordance with this Court's order entered on September 3, 2014, and attached as Exhibit 1, Plaintiffs Amy Gitson and Deborah Ross and Defendant Trader Joe's Company (collectively, the "Parties"), respectfully submit this joint status update regarding the scheduling of the mandatory settlement conference in this matter. On November 13, 2014, Judge Chhabria continued the current stay of this lawsuit *at least* until the next case management conference scheduled for March 24, 2015. Accordingly, the Parties believe they are not in the position to engage in meaningful settlement discussions and propose that they provide a further status update on the scheduling of the mandatory settlement conference after the March 24, 2015 case management conference.

This matter was previously scheduled for a settlement conference on May 5, 2014. On April 28, 2014, the Parties submitted a joint stipulation requesting that this Court vacate that settlement conference. At that time, Trader Joe's had two motions pending—a motion to dismiss Plaintiffs' Third Amended Complaint (Dkt. No. 82) and a motion to certify for interlocutory appeal (Dkt. No. 74). A central issue raised by both motions was whether Plaintiffs have standing to assert claims as to approximately 177 products they did not purchase. The Parties requested a continuance of the settlement conference, because they did not believe they were in the position to engage in meaningful settlement discussions until this issue was resolved. On April 28, 2014, this Court vacated the May 5, 2014 settlement conference and continued it until a date approximately 60 days after the entry of an order on Trader Joe's motion to dismiss, or 60 days after entry of an order on Trader Joe's motion to certify for interlocutory appeal, whichever came later.

On August 8, 2014, Judge Chhabria entered a single order on both motions. (Dkt. No. 101.) Judge Chhabria denied the motion for interlocutory appeal. (*Id*. at 2-3.) As to Trader Joe's motion to dismiss, he stayed the entire case on primary jurisdiction grounds (*id*. at 3-4), and denied the remainder of Trader Joe's motion to dismiss without prejudice to re-filing once the stay is lifted (*id*. at 4). Judge Chhabria also set a case management conference for November 4,

2014,[1] at which conference he would revisit the propriety of maintaining the stay. (*Id.*) And so, although Judge Chhabria rules on both motions, the pleadings in this matter remained unsettled.

Therefore, the Parties requested that this Court enter an order directing the Parties to submit a joint status update to this Court after the case management conference in November, wherein they would report on (1) the status of the stay; (2) if the stay is lifted, whether Trader Joe's intends to re-file its motion to dismiss the Third Amended Complaint and, if so, by which date the Parties anticipate the motion will be resolved; and (3) if the stay is lifted and Trader Joe's refiles its motion to dismiss the Third Amended Complaint, the date by which the Parties will jointly contact Judge Spero's chambers to select a settlement conference date.

On November 13, 2014, Judge Chhabria took the November case management conference off calendar and continued it to March 24, 2015, and did not lift the stay. In short, the Parties are in no different position than when they last submitted an update to this Court. Therefore, the Parties propose, that within ten days of the next case management conference in this matter, which is presently scheduled for March 24, 2015, they will jointly submit a status update wherein they will report on (1) the status of the stay; (2) if the stay is lifted, whether Trader Joe's intends to re-file its motion to dismiss the third amended complaint and, if so, by which date the Parties anticipate the motion will be resolved; and (3) if the stay is lifted and Trader Joe's refiles its motion to dismiss the Third Amended Complaint, the date by which the Parties will jointly contact Judge Spero's chambers to select a settlement conference date.

Dated: November 14, 2014

O'MELVENY & MYERS LLP

By:   s/ Kate Ides
      Kate Ides
Attorneys for Defendant
Trader Joe's Company

---

[1] Judge Chhabria subsequently continued the case management conference scheduled for November 4, 2014, to November 13, 2014.

- 2 -

JOINT STATUS UPDATE RE:
SCHEDULING OF SETTLEMENT
CONFERENCE;
13-CV-1333 VC

1  Dated: November 14, 2014

CLIFFORD LAW OFFICES, P.C.

By:  s/ Colin H. Dunn
Colin H. Dunn
Attorneys for Plaintiffs
Amy Gitson and Deborah Ross

# [PROPOSED] ORDER

Having reviewed the Parties' joint status update regarding the scheduling of the mandatory settlement conference in this matter, it is hereby ordered that within 10 days of the next case management conference, which is currently scheduled for March 24, 2015, the Parties will jointly submit a status update to this Court wherein they will report on (1) the status of the stay; (2) if the stay is lifted, whether Trader Joe's intends to re-file its motion to dismiss the third amended complaint and, if so, by which date the Parties anticipate the motion will be resolved; and (3) if the stay is lifted and Trader Joe's refiles its motion to dismiss the Third Amended Complaint, the date by which the Parties will jointly contact Judge Spero's chambers to select a settlement conference date.

**IT IS SO ORDERED.**

Dated: 11/17/14

_____
THE HONORABLE JOSEPH C. SPERO

- 3 -

JOINT STATUS UPDATE RE:
SCHEDULING OF SETTLEMENT
CONFERENCE;
13-CV-1333 VC