Ben F. Pierce Gore (S.B. #128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Facsimile: (408) 369-0752
pgore@prattattorneys.com

Colin H. Dunn (Pro Hac Vice)
CLIFFORD LAW OFFICES, PC
120 North LaSalle, 31st Floor
Chicago, IL 60602
Telephone: (312) 899-9090
Facsimile: (312) 251-1160
chd@cliffordlaw.com

Attorneys for Plaintiffs
Amy Gitson and Deborah Ross

DAWN SESTITO (S.B. #214011 )
dsestito@omm.com
ADAM G. LEVINE (S.B. #200522)
alevine@omm.com
KATE IDES (S.B. #274820)
kides@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Trader Joe's Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY GITSON *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TRADER JOE'S COMPANY,<br><br>　　　　　Defendant. | Case No. 13-CV-1333 VC<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT TRADER JOE'S COMPANY'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT<br><br>Judge:　　　　Hon. Vince Chhabria<br><br>TAC Filed:　　April 3, 2014<br>Trial Date:　　Not Set |

1 **[PROPOSED] ORDER**

2   Having reviewed the Parties' joint stipulation and request to modify briefing schedule for
3 Defendant Trader Joe's Company's motion to dismiss Plaintiffs' Third Amended Complaint, and
4 good cause appearing, the Court hereby **GRANTS** the Parties' request and enters the following
5 briefing schedule for Trader Joe's motion to dismiss:

6   • Motion due: September 10, 2015
7   • Plaintiffs' Opposition due: October 1, 2015
8   • Trader Joe's Reply due: October 15, 2015
9   • Hearing Date: October 29, 2015

11 **IT IS SO ORDERED.**

13 Dated: August 27, 2015

14                                                   THE HONORABLE VINCE CHHABRIA