Ben F. Pierce Gore (S.B. #128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Facsimile: (408) 369-0752
pgore@prattattorneys.com

Colin H. Dunn (Pro Hac Vice)
CLIFFORD LAW OFFICES, PC
120 North LaSalle, 31st Floor
Chicago, IL 60602
Telephone: (312) 899-9090
Facsimile: (312) 251-1160
chd@cliffordlaw.com

*Attorneys for Plaintiffs*

DAWN SESTITO (S.B. #214011 )
dsestito@omm.com
ADAM G. LEVINE (S.B. #200522)
alevine@omm.com
KATE IDES (S.B. #274820)
kides@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant
Trader Joe's Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY GITSON and DEBORAH ROSS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>TRADER JOE'S COMPANY,<br><br>                    Defendant. | Case No. 13-CV-1333 VC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge:  Hon. Vince Chhabria<br>Action Filed:  March 25, 2013 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Amy Gitson and Deborah Ross ("Plaintiffs") and Defendant Trader Joe's Company (collectively, the "Parties") hereby stipulate to the dismissal of this action in its entirety and with prejudice as to Plaintiffs and without prejudice as to the other putative class members.

Dated: May 13, 2016

O'MELVENY & MYERS LLP

By: /s/ Kate Ides
Kate Ides
Attorneys for Defendant
Trader Joe's Company

Dated: May 13, 2016

CLIFFORD LAW OFFICES, P.C.

By: /s/ Colin H. Dunn
Colin H. Dunn
Attorneys for Plaintiffs
Amy Gitson and Deborah Ross

## SIGNATURE ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the other signatories to this document.

Dated: May 23, 2016

PRATT & ASSOCIATES

By: */s/ Pierce Gore*
      Ben F. Pierce Gore
Attorneys for Plaintiffs
Amy Gitson and Deborah Ross